UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-3 |
| | ) | (Phillips) |
| THOMAS A. AUSTIN | ) | |

### ORDER

For the good cause shown, defendant's motion to continue his sentencing hearing [Doc. 36] is **GRANTED.** By agreement of the parties, the defendant's sentencing is continued from August 9, 2006 to **September 7, 2006 at 9:30 a.m.**

**ENTER:**

        s/ Thomas W. Phillips
United States District Judge